# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| District of Columbia, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-01527 (ABJ) |
| | ) |
| Doug Wolfire, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 6, 2013, Magistrate Judge Deborah A. Robinson issued a Report and Recommendation [Dkt. # 20] with respect to plaintiff's motion for summary judgment [Dkt. # 13] and defendant's cross motion for summary judgment [Dkt. # 14]. The Court has reviewed Magistrate Judge Robinson's report, plaintiff's Objections to the Magistrate Judge's Report and Recommendation [Dkt. # 22], and defendant's response to plaintiff's objections, and hereby adopts the Report and Recommendation in its entirety for the reasons set forth in the accompanying memorandum opinion.

Accordingly, it is hereby

ORDERED that the Report and Recommendation [Dkt. # 20] is ADOPTED; it is

FURTHER ORDERED that plaintiffs' motion for summary judgment [Dkt. # 13] is DENIED; it is

FURTHER ORDERED that defendant's cross-motion for summary judgment [Dkt. # 14] is GRANTED; and it is

FURTHER ORDERED that JUDGMENT shall be entered for the defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


AMY BERMAN JACKSON
United States District Judge


DATE:  January 16, 2014